Michael S. Agruss (SBN: 259567)
Krohn & Moss, Ltd.
10635 Santa Monica Blvd., Suite 170
Los Angeles, CA 90025
T: (323) 988-2400; F: (866) 802-0021
magruss@consumerlawcenter.com
Attorneys for Plaintiff,
THERESA TRUJILLO

UNITED STATES DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA,
OAKLAND DIVISION

THERESA TRUJILLO,

    Plaintiff,

v.

CREDITORS INTERCHANGE

RECEIVABLE MANAGEMENT LLC,

    Defendant.

Case No.3:09-cv-02485-SC

**VOLUNTARY DISMISSAL**

**<u>VOLUNTARY DISMISSAL WITH PREJUDICE</u>**

Plaintiff, THERESA TRUJILLO, by and through his attorneys, KROHN & MOSS, LTD., hereby voluntarily dismisses the above-entitled case with prejudice.

Dated: September 28, 2009

KROHN & MOSS, LTD.

By:/s/ Michael S. Agruss

Michael S. Agruss

Attorneys for Plaintiff,
THERESA TRUJILLO

*IT IS SO ORDERED*
*Judge Samuel Conti*

- 1 -

Voluntary Dismissal